AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 03/29/04 |
| NAME OF SERVER *(PRINT)* Corey Jones | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __Valerie Holmes / CSC__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

FILED IN CLERK'S OFFICE
MAR 30 2004
LUTHER _____ Clerk
By: _____ Deputy Clerk

☐ Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __03/29/04__          __Corey K. Jones__
        Date                       Signature of Server

__4151 Ashford Dunwoody Rd__
Address of Server   Suite 260
                    Atlanta Ga 30319

\\COM\282673.1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT "A"** 

## CERTIFICATE OF SERVICE

This is to certify that on this day, I served a copy of the within and foregoing **NOTICE OF FILING RETURN OF SERVICE** upon counsel by First Class U.S. mail, postage prepaid as set forth below:

Google, Inc.
c/o Corporation Service Company,
Registered Agent
40 Technology Parkway South, #300
Norcross, Georgia 30092

This 30th day of March, 2004.

_____
Timothy H. Kratz

**McGuireWoods LLP**
1170 Peachtree Street, NE
Suite 2100, The Proscenium
Atlanta, Georgia 30309-1234
Telephone: (404) 443-5730
Facsimile: (404) 443-5784

\\COM\402466.1

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIGITAL ENVOY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE, INC., INC. ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action <br> No. 1:04-CV-0864 |

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff Digital Envoy, Inc. hereby files its Return of Service attached hereto as Exhibit "A" in this matter.

Respectfully submitted this 30th day of March, 2004.

Timothy H. Kratz
Georgia Bar No. 429207
Luke Anderson
Georgia Bar No. 018330
John A. Lockett, III
Georgia Bar No. 455549

**McGuireWoods LLP**
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
Telephone   404.443.5500    Attorneys for Plaintiff
Facsimile    404.443.5599    Digital Envoy, Inc.