UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

| | |
|---|---|
| DIGITAL ENVOY, INC.            ) | |
| ) | |
| Plaintiff            ) | CIVIL ACTION |
| ) | |
| vs.            ) | FILE NO: 1:04-CV-0864-CAP |
| ) | |
| GOOGLE, INC.            ) | JURY TRIAL REQUESTED |
| ) | |
| Defendant            ) | |

## NOTICE OF FILING SUBSTITUTED PAGE

Upon review of Plaintiff's Initial Disclosures, filed with the Court May 17, 2004, counsel for Plaintiff Digital Envoy, Inc. discovered a typographical error on page 2. A corrected page 2 is included with this notice, and the clerk is hereby requested to substitute this page 2 for the page 2 originally filed with the Court.

Respectfully submitted this 26th day of May, 2004.

Timothy H. Kratz
Georgia Bar No. 429297
Luke Anderson
Georgia Bar No. 018330
John A. Lockett III
Georgia Bar No. 455549



1170 Peachtree Street
Suite 2100
Atlanta, Georgia 30309
Telephone:  (404) 443-5730          Attorneys for Plaintiff
Facsimile:   (404) 443-5784          Digital Envoy, Inc.

secrets beyond its license constitutes an actionable misappropriation of Digital Envoy's trade secrets. Under state law, Digital Envoy is entitled to recover its actual damages, disgorgement of Google's earnings from the misappropriation and an injunction. Further, Google's actions were willful, malicious and in bad faith such that Digital Envoy is entitled to punitive damages.

**Count II - Federal Unfair Competition.** Digital Envoy contends that Google has committed violations of 15 U.S.C. § 1125(a), and continues to commit such violations. Specifically, Google falsely designates the origin of certain of its services, and misleads in its description or representations of fact, deceiving others. As a result, Digital Envoy is entitled to recover its actual damages, Google's profits, treble damages, an injunction and attorneys' fees.

**Count III - Georgia Unfair Competition.** Digital Envoy contends that Google has committed acts in violation of Georgia unfair competition law for the same reasons described in Count II. As a result, Digital Envoy is entitled to an injunction and attorneys' fees.

**Count IV - Common Law Unfair Competition,** Digital Envoy contends that Google's conduct as to be proven in this action constitutes

# CERTIFICATE OF COUNSEL

This is to certify that on this day, I served a copy of the within and foregoing **NOTICE OF FILING SUBSTITUTED PAGE** upon opposing counsel by U.S. Mail, postage prepaid to:

Stephen M. Dorvee
Scott E. Taylor
Adam Gajardharsingh
ARNALL GOLDEN GREGORY LLP
2800 One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309-3450

David H. Kramer
WILSON, SONSINI, GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050

This is to further certify, pursuant to Local Rule 7.1(D), that the font and point size, Times New Roman 14, used in this brief comply with Local Rule 5.1(D).

This 26th of May, 2004.

_____
John A. Lockett III

**McGuireWoods LLP**
1170 Peachtree Street, NE
Suite 2100, The Proscenium
Atlanta, Georgia 30309-1234
Telephone: (404) 443-5730
Facsimile: (404) 443-5784

\\COM\417334.1